UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CASEY BRADEN | § |
| | § |
| v. | §   CIVIL CASE NO. 4:22-CV-151-SDJ |
| | § |
| COLLIN COUNTY DETENTION | § |
| FACILITY, ET AL. | § |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 10, 2023, the Report of the Magistrate Judge, (Dkt. #37), was entered containing proposed findings of fact and recommendations that Defendants Officer FNU Epperly-Prater, Lieutenant FNU Gann, Officer FNU Columbus, Officer FNU Tanuvasa, Officer FNU Metcalf, Sgt. FNU Denison, and Officer FNU Bergerson's Motion to Dismiss, (Dkt. #33), be granted and the Court further dismiss those claims against Defendants Officer Gonzalez and Collin County Detention Facility *sua sponte*. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendants Officer FNU Epperly-Prater, Lieutenant FNU Gann, Officer FNU Columbus, Officer FNU Tanuvasa, Officer FNU Metcalf, Sgt. FNU Denison, and Officer FNU Bergerson's Motion to Dismiss,

- 2 -

(Dkt. #33), is **GRANTED**. *Pro se* Plaintiff Casey Braden's claims as to all Defendants are **DISMISSED**.

**So ORDERED and SIGNED this 3rd day of March, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE